# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2885

_____

DIYONNE MCGRAW,

    Appellant,

    v.

GOVERNOR RON DESANTIS,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

July 24, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and NORDBY and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Richard Keith Alan II, Palm Beach Gardens, for Appellant.

James Uthmeier, Attorney General, and Anita J Patel, Special Counsel, Tallahassee, for Appellee.